```
┌─────────────────────────────────────────┐
│ USDC SDNY                                │
│ DOCUMENT                                 │
│ ELECTRONICALLY FILED                     │
│ DOC #:_____                   │
│ DATE FILED: __11/2/2018__                │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                       :

JAMAAL BROWN,                            :

                       Plaintiff,       :

                                           :              18-CV-5520 (VEC)

                 -against-              :

                                           :         **DEFAULT JUDGMENT**

                                           :            **AND ORDER**

KA INVESTIGATIONS-SECURITY, LLC,     :

                       Defendant.   :

                                           :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on June 20, 2018, Plaintiff Jamaal Brown filed a complaint asserting federal and New York wage-and-hour claims against Defendant KA Investigations-Security, LLC (Dkt. 6);

        WHEREAS on July 5, 2018, Defendant accepted service of the Complaint (Dkt. 9);

        WHEREAS on September 19, 2018, the Clerk of the Court issued a Certificate of Default pursuant to Fed. R. Civ. P. 55(a) because Defendant failed to answer or otherwise respond to the Complaint (Dkt. 22);

        WHEREAS on September 25, 2018, Plaintiff moved for default judgment on the issue of liability (Dkt. 23);

        WHEREAS on October 11, 2018, the Court ordered Defendant (1) to show cause why default judgment should not be entered as to liability and (2) to appear for a show-cause hearing on November 2, 2018 (Dkt. 25);

        WHEREAS on October 11, 2018, Plaintiff served Defendant with a copy of the show-cause order via hand delivery and e-mail (Dkts. 26, 27);

        WHEREAS on November 2, 2018, the Court held the show-cause hearing as scheduled; and

WHEREAS Defendant failed to respond to the show-cause order and failed to appear for the show-cause hearing;

IT IS HEREBY ORDERED that default judgment is entered against Defendant KA Investigations-Security, LLC on the issue of liability as to all claims by Plaintiff Jamaal Brown in his individual capacity.

IT IS FURTHER ORDERED that Plaintiff submit an affidavit proving the amount of damages claimed, plus costs and attorneys' fees, by **December 3, 2018**.  The submission must include an Excel spreadsheet containing the calculation of all damages, costs, and fees.

**SO ORDERED.**

**Date:  November 2, 2018**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**